Argued and submitted April 21, affirmed as modified on appeal; affirmed on cross-appeal May 24, 1989

In the Matter of the Marriage of

GIESY,

*Appellant - Cross-Respondent,*

*and*

GIESY,

*Respondent - Cross-Appellant.*

(CV-87-0599; CA A47944)

773 P2d 831

Clayton C. Patrick, Salem, argued the cause and submitted the briefs for appellant - cross-respondent.

Patrick L. Hadlock, Corvallis, argued the cause for respondent - cross-appellant. With him on the brief were Robert G. Ringo, and Ringo & Stuber, P.C., Corvallis.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

In this dissolution of marriage proceeding, we agree with wife that she is entitled to a larger judgment to compensate for the trial court's award of the family farm and residence to husband. On *de novo* review, we conclude that husband should pay wife $17,500 as her share of the parties' post-marriage equity in that property. Accordingly, paragraph IX of the judgment is modified. The judgment is affirmed in all other respects.

On appeal, paragraph IX of the judgment modified to provide judgment to wife for $17,500; affirmed as modified; affirmed on cross-appeal. Costs to wife.